DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of B.D., a minor child,

C.D.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM
PROGRAM,

Appellees.

No. 2D2024-0506
_____

August 21, 2024

Appeal from the Circuit Court for Pasco County; Linda Babb, Judge.

Octavia Brown for Community Law for Families and Children, PLLC,
Tampa, for Appellant.

Bruce Bartlett, State Attorney and Leslie M. Layne, Assistant State
Attorney, Clearwater, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals; Amanda
Victoria Glass, Statewide Guardian ad Litem Office, Tallahassee, for
Appellee Statewide Guardian ad Litem Office.


PER CURIAM.

     Affirmed.


KELLY, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____


Opinion subject to revision prior to official publication.